IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| WESLEY J. CRAWFORD | § | |
| VS. | § | CIVIL ACTION NO. 1:16cv13 |
| RACHEL CHAPA | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Wesley J. Crawford, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

The respondent has filed a motion for summary judgment (doc. no. 8). The Magistrate Judge submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. The respondent's motion for summary judgment is **GRANTED**. A final judgment will be entered denying the petition.

**So Ordered and Signed**
**Sep 18, 2017**

_____
Ron Clark, United States District Judge